| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 20 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SAURIKIT, LLC,

    Plaintiff-Appellant,

v.

APPLE, INC.,

    Defendant-Appellee.

No.   22-16527

D.C. No. 4:20-cv-08733-YGR
Northern District of California, Oakland

ORDER

Before: KOH, H.A. THOMAS, and DESAI, Circuit Judges.

The majority of the panel has voted to deny appellant's petition for rehearing and petition for rehearing en banc. Judge Desai has voted to grant the petition for rehearing. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for rehearing and rehearing en banc, Dkt. 44, are **DENIED**.